IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TROY HOLMES | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| THOMAS A. DREYER, ET AL. | : | NO. 10-2757 |

## O R D E R

AND NOW, this 24th day of September, 2010, in accordance with the accompanying memorandum, IT IS ORDERED as follows:

1. The motion for leave to proceed in forma pauperis is GRANTED;

2. The complaint is DISMISSED as legally frivolous, pursuant to 28 U.S.C. § 1915(e)(2); and

2. This case shall be marked CLOSED.

BY THE COURT:

_____
PETRESE B. TUCKER, J.